IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| RECIA A. GUILLORY AND<br>DEBET A. HEBERT<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>BEAR CREEK HUNTING CLUB<br><br>　　　　*Defendant*. | § § § § § § § § § § | Civil Action No. 9:13-CV-00020<br><br>JUDGE RON CLARK |

## ORDER OF DISMISSAL

Before the court is the Plaintiff's Stipulation of Dismissal Without Prejudice [Doc. #9]. The court is of the opinion that the motion should be granted and all claims dismissed without prejudice.

IT IS THEREFORE ORDERED that the Plaintiff's Stipulation of Dismissal [Doc. #9] is GRANTED. Plaintiffs Recia A. Guillory and Debet A. Hebert's claims against Defendant Bear Creek Hunting Club are DISMISSED WITHOUT PREJUDICE. Costs shall be borne by the party incurring the same.

So **ORDERED** and **SIGNED** this **10** day of **April, 2013.**

_____
Ron Clark, United States District Judge